# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, CENTRAL DIVISION

| | |
|---|---|
| ALLEN ENGINEERING CONTRACTOR, INC., a California corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation; and DOES 1-15;,<br><br>        Defendants. | Case No. 5:14-cv-02544-JAK (KKx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>JS-6<br><br>Trial Date:      None |

Pursuant to the stipulation of the parties, this action is hereby dismissed in its entirety with prejudice. Each party shall bear its own fees and costs for this action.

**IT IS SO ORDERED.**

DATED: April 10, 2015

*/s/ John A. Kronstadt*
_____
Hon. John A. Kronstadt
Judge of the United States District Court